# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MORENO,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:19-cv-01470-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF Nos. 14) |

On June 4, 2020, a stipulation was filed to extend the time for Plaintiff to file an opening brief in this action.  (ECF No. 14.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.     Plaintiff's opening brief shall be filed on or before June 29, 2020;

2.     Defendant's opposition shall be filed on or before July 29, 2020; and

3.     Plaintiff's reply, if any, shall be filed on or before August 13, 2020.

IT IS SO ORDERED.

Dated:     **June 5, 2020**

                                                                                                          
UNITED STATES MAGISTRATE JUDGE