# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MORENO, | Case No.  1:19-cv-01470-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME |
| v. | (ECF Nos. 16) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On June 29, 2020, a stipulation was filed to extend the time for Plaintiff to file an opening brief in this action.  (ECF No. 16.)  Although this is the second request and filed on the eve of the deadline, Plaintiff is only requesting a seven-day extension due to family illness.  The Court finds good cause to grant the extension.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      Plaintiff's opening brief shall be filed on or before July 6, 2020;

2.      Defendant's opposition shall be filed on or before August 5, 2020; and

3.      Plaintiff's reply, if any, shall be filed on or before August 20, 2020.

IT IS SO ORDERED.

Dated:   **June 30, 2020**

UNITED STATES MAGISTRATE JUDGE

1